

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00152-CR

**BRUCE WILLIAMS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2012-50-C2

## O R D E R

Appellant's brief was originally due on July 24, 2017. A first extension of time of 30 days was granted, and appellant's brief was due August 23, 2017. A second extension of time of 29 days was granted, and appellant's brief was due September 21, 2017. A third extension of time of 29 days was granted, and appellant's brief was due October 20, 2017. A fourth extension of time of 31 days was granted, and appellant's brief was due November 20, 2017.

Citing personal reasons, counsel for appellant requested an additional 21 days

which would have made the brief due on December 11, 2017. This most recent request would have pushed the total amount of time to 149 days to file a brief that the Rules of Appellate Procedure provide should be filed in 30 days. The brief was not filed by the date to which the extension was requested. While we are sympathetic to counsel's unforeseen personal issues which have occurred over the last several months, we cannot, in good conscience, continue to grant counsel additional time to file his brief in this appeal in light of his client's right to have his appeal decided in a timely manner.

Accordingly, appellant's fifth Motion for Extension of Time to File Appellant's Brief is denied. Appellant's brief is due 14 days after the date of this Order. If counsel is unable to file the brief by this extended date, under the circumstances, counsel should take preemptive action to seek the appointment of substitute counsel by the trial court. If preemptive action is not taken and the brief is not filed by the deadline set herein, we will have no choice but to abate the appeal to the trial court for a hearing pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed December 27, 2017

